AO 442 (Rev. 11/11) Arrest Warrant
(DC 6/6-16)

# UNITED STATES DISTRICT COURT
for the
District of Columbia

FID 3095671

UNITED STATES OF AMERICA
V.

Bobby James Ransom

**RECEIVED**
By USMS District of Columbia District Court at 7:40 pm, Aug 20, 2025

Case No. 0090 1:25CR00228-001

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay

*(name of person to be arrested)* Bobby James Ransom,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☑ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
See attached petition

Date: 8/20/2025

City and State: Washington, DC

*Issuing Officer's Signature*

Damaris Rodriguez-Feleke, Courtroom Deputy
*Printed Name and Title*

### Return

This warrant was received on *(date)* 08/20/2025, and the person was arrested on *(date)* 09/03/2025
at *(city and state)* Washington DC.

Date: 09/03/2025

*Arresting Officer's Signature*

D. Stallman - DUSM
*Printed Name and Title*